Kevin S. Song (State Bar No. 325259)
ksong@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104.1500
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO MUNOZ LOPEZ, JOSE MERCED MUNOZ LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC,<br><br>Defendants. | Case No. 3:19-cv-01954-RS<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO EXTEND REMAINING PRETRIAL AND TRIAL DEADLINES** AS MODIFIED BY THE COURT |

Having considered the Parties' Joint Stipulation and Motion to Extend Remaining Pretrial and Trial Deadlines, and good cause appearing therefor, it is hereby ORDERED that the motion is approved.

The case management schedule will be revised as follows:

| Deadlines | Current Scheduling Order | Revised Deadlines |
|---|---|---|
| Jury Trial | July 26, 2021 | September 27, 2021 |
| Pre-Trial Conference | July 14, 2021 | September 15, 2021 |
| Deadline to Hear Oral Argument on Dispositive Motions | April 1, 2021 | May 31, 2021 |
| Further Case Management Conference | March 4, 2021 | May 6, 2021 |
| Close of Fact / Expert Discovery | February 26, 2021 | April 23, 2021 |

[PROPOSED] ORDER GRANTING MOTION
TO EXTEND DISCOVERY DEADLINES
Case No. 3:19-cv-01954-RS

1
2
3   Dated: February 5, 2021

*[signature]*
HONORABLE RICHARD SEEBORG
Chief United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28